243 So.2d 277

**STATE of Louisiana ex rel.
Junior COTTON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51154.**

Feb. 4, 1971.

The showing made does not warrant the relief sought.

243 So.2d 277

**STATE of Louisiana ex rel.
Raymond MATTHEWS**

**v.**

**STATE of Louisiana et al.**

**No. 51160.**

Feb. 4, 1971.

The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.